United States Bankruptcy Court
District of Maryland

In re:  
Get a Load of This, LLC  
    Debtor

Case No. 25-20689-LSS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2  
Date Rcvd: Nov 14, 2025      Form ID: 309C      Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Get a Load of This, LLC, 3427-29 Branch Avenue, Temple Hills, MD 20748-1225 |
| 33013427 | + | AFCODirect, 150 North Field Drive, Suite 190, Lake Forest, IL 60045-2594 |
| 33013428 | + | Deborah Mason, 10612 Knollwood Court, Waldorf, MD 20603-3235 |
| 33013429 | + | Joseph D. Schiattareggia, et al., c/o Richard D. Mirsky, Esq., 5504 Burling Ct., Bethesda, MD 20817-6309 |
| 33013431 | + | LaudryLux Funding, P.O. Box 640, Devils Lake, ND 58301-0640 |
| 33013433 | + | Prince George's County, c/o Jessica W. Pruitt, Esq., PO Box 1168, Upper Marlboro, MD 20773-1168 |
| 33013434 | + | Prince George's County, MD, c/o Jessica W. Pruitt, Esq., P.O. Box 1168, Upper Marlboro, MD 20773-1168 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: nwalker@websterfredrickson.com | Nov 14 2025 19:29:00 | Natalie Smith Walker, Webster & Fredrickson, PLLC, 1101 Connecticut Avenue, NW, Ste 402, Washington, DC 20036 |
| tr | + | EDI: QMCOHEN.COM | Nov 15 2025 00:27:00 | Merrill Cohen, Merrill Cohen, Trustee, P.O. Box 53, Harbeson, DE 19951-0053 |
| 33013432 | | Email/Text: Bankruptcy_General@pepco.com | Nov 14 2025 19:30:00 | PEPCO, P.O. Box 97274, Washington, DC 20068 |
| 33013435 | ^ | MEBN | Nov 14 2025 19:28:49 | Washington Gas, P.O. Box 37747, Philadelphia, PA 19101-5047 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2025      Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 14, 2025 | Form ID: 309C | Total Noticed: 11 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Merrill Cohen | merrillc@cohenbaldinger.com  mcohen@ecf.axosfs.com |
| Natalie Smith Walker | nwalker@websterfredrickson.com  gspence@websterfredrickson.com |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Get a Load of This, LLC**<br>Name | EIN **26–2162272** |
| United States Bankruptcy Court **District of Maryland**<br>Case number: **25–20689 LSS**   Chapter: **7** | | Date case filed for chapter **7**   **11/13/25** |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Get a Load of This, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3427–29 Branch Avenue<br>Temple Hills, MD 20748 | |
| 4. | **Debtor's attorney**<br>Name and address | Natalie Smith Walker<br>Webster & Fredrickson, PLLC<br>1101 Connecticut Avenue, NW<br>Ste 402<br>Washington, DC 20036 | Contact phone 202–659–8510<br>Email: nwalker@websterfredrickson.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Merrill Cohen<br>Merrill Cohen, Trustee<br>P.O. Box 53<br>Harbeson, DE 19951 | Contact phone 302–200–9271<br>Email: merrillc@cohenbaldinger.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br><br>Contact phone (301) 344–8018<br><br>Date: 11/14/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 23, 2025 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 649 287 3398, and Passcode 8582824638, OR call 1–240–829–2974**<br><br>**For additional meeting information go to https://www.justice.gov/ust/moc.** |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 1

Debtor  **Get a Load of This, LLC**                                                                                                  Case number **25–20689**

| | | |
|---|---|---|
| **8.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| **9.** | **Deadlines:**<br><br>Papers must be *received* by the bankruptcy clerk's office by the following deadlines: | **Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**<br><br>**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors. |
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11.** | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. |